117

BEFORE THE THIRD DIVISION, JULY 11, 1947

**No. 51843.**—Kwong Yuen Shing et al. *v.* United States, protests 847095–G, etc. (New York).

Opinion by CLINE, J.   It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342).   In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

JULY 14, 1947

**No. 51844.**—SUIT 4559.—*United States* v. *C. J. Tower & Sons.*—C. D. 1023 reversed May 20, 1947. C. A. D. 365.

**No. 51845.**—SUIT 4560.—*United States* v. *C. J. Tower & Sons.*—C. D. 1024 affirmed May 20, 1947. C. A. D. 366.

BEFORE THE FIRST DIVISION, JULY 17, 1947

**No. 51846.**—E. H. Corrigan *v.* United States, protests 110830–K, etc. (Laredo).

Opinion by MOLLISON, J.   When the case was called for trial it was stipulated that the merchandise is the same in all material respects as that the subject of *Corrigan* v. *United States* (15 Cust. Ct. 101, C. D. 952).   Upon the record made and following the cited decision, the claim for free entry under paragraph 1803 was sustained.

BEFORE THE THIRD DIVISION, JULY 17, 1947

**No. 51847.**—Hammer Co. *v.* United States, protest 122764–K (Cleveland).

Opinion by EKWALL, J.   It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in *United States* v. *Somerset* (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to 10 percent or more of the total contents of barrels numbered 9, 16, and 39, was lost in transit from the port of exportation to the port of destination due to breakage, leakage, or damage.   In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gauger's return as verified by the affidavit of the importer.   The protest was sustained to this extent.